IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO.: 1:06cr2-SPM

LAWRENCE BRIAN DAVIS,

       Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant Lawrence Brian Davis's Unopposed Motion to Continue Sentencing (doc. 77) is granted. The sentencing hearing is reset for Monday, January 8, 2007 at 1:30 p.m.

SO ORDERED this 8th day of December, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge