9N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                            CASE NO.: 1:06cr2-SPM

LAWRENCE BRIAN DAVIS,

     Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant Lawrence Brian Davis's Unopposed Motion to Continue Sentencing (doc. 79) is granted. The sentencing hearing is reset for Monday, February 5, 2007 at 1:30 p.m.

SO ORDERED this 4th day of January, 2007.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge