# IN THE UNITED STATES DISTRICT COURT FOR
# NORTHERN DISTRICT OF FLORIDA
### (Gainesville Division)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | | |
| **v.** ) | Docket No. 1:06CR2-002 | |
| ) | | |
| **LAWRENCE BRIAN DAVIS** ) | | |

## **O R D E R**

This matter is before the Court on a petition alleging that the defendant violated the conditions of his supervised release as outlined in Probation Form 12C filed with the Clerk of the U. S. District Court for the Northern District of Florida, on August 30, 2010.

Based on the defendant's admission of guilt to the violations as outlined in the Petition, the Court finds that the defendant violated the terms and conditions of his supervised release.

**IT IS HEREBY ORDERED** that the defendant be continued on supervised release with the following modifications:

> "The defendant shall enter and successfully complete the residential treatment program at Metamorphosis. While in the program, the defendant shall abide by all of the program rules and follow the instructions of the program staff.
>
> The defendant will allow for unrestricted communication between the program staff and the probation officer for the purpose of allowing the probation officer to confirm his compliance with the program requirements.
>
> The defendant will comply with any program aftercare requirements once he completes the residential portion of the program.
>
> The defendant shall remain in the custody of the United States Marshal's Office until such time as a bed is available. If deemed necessary, the United State Marshal shall provide transportation to the program."

All other terms and conditions previously imposed shall remain in full force and effect.

**DONE AND ORDERED** this 27th day of October, 2010

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge